Form FIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

Case Number: 08-08767-8-SWH
Judge: STEPHANI W. HUMRICKHOUSE
Dated: July 06, 2010

In Re:

SOUTHONE LOUANGXONIKONE        KIENGKHAM INTHISANE
AKA: AARON LOUANGXONIKONE
7616 MINE VALLEY ROAD
RALEIGH, NC  27615

SSN (1): XXX-XX-8380            SSN (2): XXX-XX-1461

## TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned trustee, the debtor(s) and counsel for the debtor(s). If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the trustee and the surety on the trustee's bond will be released.

1. The case was filed on December 08, 2008 and confirmed on August 12, 2009.
   The case was subsequently Dismissed After Confirmation (A) on May 26, 2010.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $3,605.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOV. ASSOC., LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| VATIV RECOVERY SOLUTIONS, LLC | UNSECURED | $906.19 | $0.00 | $0.00 | $906.19 |
| VATIV RECOVERY SOLUTIONS, LLC | UNSECURED | $346.38 | $0.00 | $0.00 | $346.38 |
| PREMIER BANKCARD/ CHARTER | UNSECURED | $330.13 | $0.00 | $0.00 | $330.13 |
| FIRST NATIONAL COLLECTION BUREAU | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SALLIE MAE GUARANTEE SVC. INC. | UNSECURED | $20,985.79 | $0.00 | $0.00 | $20,985.79 |
| SCA COLLECTIONS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| TRANSOUTH FINANCIAL CORP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | $4,916.09 | $0.00 | $0.00 | $4,916.09 |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | $340.34 | $0.00 | $0.00 | $340.34 |
| INTERNAL REVENUE SERVICE | UNSECURED | $134.68 | $0.00 | $0.00 | $134.68 |
| FMS INVESTMENT CORP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FORD MOTOR CREDIT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LEADING EDGE RECOVERY SOLUTIONS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| BECKERLE CRONK JOINT VENTURE | UNSECURED | $12,200.00 | $0.00 | $0.00 | $12,200.00 |
| ALLSTATE BUSINESS SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LHR, INC. | UNSECURED | $2,152.84 | $0.00 | $0.00 | $2,152.84 |
| KYONG LEE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LEXUS FINANCIAL SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MELISSA P. PHONETHAPHAN | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NORTHLAND GROUP, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LUIS BRACERO, ET AL. | UNSECURED | $69,204.42 | $0.00 | $0.00 | $69,204.42 |
| LVNV FUNDING, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---:|---:|---:|---:|
| MCM | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MANAGEMENT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| RICHMOND NORTH ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MANAGEMENT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MANAGEMENT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $2,530.99 | $0.00 | $0.00 | $2,530.99 |
| CHU YANG | UNSECURED | $14,000.00 | $0.00 | $0.00 | $14,000.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| VATIV RECOVERY SOLUTIONS, LLC | UNSECURED | $1,050.72 | $0.00 | $0.00 | $1,050.72 |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | $433.44 | $0.00 | $0.00 | $433.44 |
| SALLIE MAE GUARANTEE SVC. INC. | UNSECURED | $21,679.17 | $0.00 | $0.00 | $21,679.17 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $1,381.49 | $0.00 | $0.00 | $1,381.49 |
| PLAZA CENTERS, INC. | UNSECURED | $4,082.65 | $0.00 | $0.00 | $4,082.65 |
| GREEN TREE SERVICING, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| GREEN TREE SERVICING, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| GREEN TREE SERVICING, LLC | DIRECT | $107,842.22 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | $4,357.04 | $0.00 | $0.00 | $4,357.04 |
| KIKEO NAMSALY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| BONGSAVATH BOULON | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WAKE COUNTY TAX COLLECTOR | UNSECURED | $51.38 | $0.00 | $0.00 | $51.38 |
| ABSOLUTE COLLECTION SERVICE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ABSOLUTE COLLECTION SERVICE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ABSOLUTE COLLECTION SERVICE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ALLIANCE ONE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ALLIED INTERSTATE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $3,567.71 | $0.00 | $0.00 | $3,567.71 |
| AMTEL YELLOW PAGES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| APPLIED BANK | UNSECURED | $1,482.80 | $0.00 | $0.00 | $1,482.80 |
| AUTO ONE ACCEPTANCE CORP. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| AUTO ONE ACCEPTANCE CORP. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| BUCHANAN THEPSOUVANH | UNSECURED | $15,000.00 | $0.00 | $0.00 | $15,000.00 |
| CARRY KRUEGER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | UNSECURED | $708.28 | $0.00 | $0.00 | $708.28 |
| CAVALRY PORTFOLIO SERVICES LLC | UNSECURED | $8,750.30 | $0.00 | $0.00 | $8,750.30 |
| CCB CREDIT SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CONTINENTAL FINANCE MASTERCARD | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CT CORPORATION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST BANK OF DELAWARE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICREDIT | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BILL BOULOM | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHU YANG | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JOHNNY SILAVONG | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $793.17 | $0.00 | $0.00 | $793.17 |
| J. GRAHAM & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| KHAM SILAVONG | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SCOTT LUSK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| US DEPT OF LABOR | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| K&R CLEANING SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NEW TREE PERSONNEL SERVICES, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| KARL GOODMAN, ATTY. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| TWEEKIAT THEERAATTAWET, ET AL | SECURED | $75,000.00 | $0.00 | $621.87 | $75,000.00 |
| WAKE COUNTY TAX COLLECTOR | SECURED | $1,642.90 | $0.00 | $13.98 | $1,642.90 |
| NC DEPARTMENT OF REVENUE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JAMES T. JOHNSON, PA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PERRY MASTROMIDALIS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| GREEN TREE SERVICING, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| VATIV RECOVERY SOLUTIONS, LLC | UNSECURED | $792.66 | $0.00 | $0.00 | $792.66 |
| VATIV RECOVERY SOLUTIONS, LLC | UNSECURED | $378.99 | $0.00 | $0.00 | $378.99 |
| PJK, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SALLIE MAE, INC. on behalf of USAF, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |

4. Summary of disbursements:

| | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---:|---:|---:|---:|---:|
| **Claim Amount** | $184,485.12 | $4,357.04 | $188,200.61 | $0.00 | $377,042.77 |
| **Principal Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Interest Paid** | $635.85 | $0.00 | $0.00 | $0.00 | $635.85 |

5. Costs of Administration:
    The clerk was paid $0.00 for the filing fee.
    The debtor's attorney was allowed $2,700.00 and was paid $2,700.00.
    The Trustee was paid $0.00 for the cost of mailing notices in the case.
    The Trustee was paid $134.58 for expenses and $134.57 for compensation pursuant to 11 USC § 1326.
    Refunds to the debtor total $0.00.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully adminstered.

    Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

cc: SOUTHONE LOUANGXONIKONE
    and KIENGKHAM INTHISANE

TRAVIS SASSER
LAW OFFICE OF TRAVIS SASSER
2000 REGENCY PARKWAY, SUITE 230
CARY, NC 27518

Dated: July 06, 2010

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box 61039
Raleigh, NC 27661-1039

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: SOUTHONE LOUANGXONIKONE          CASE NUMBER: 0808767
DEBTOR 2 NAME: KIENGKHAM INTHISANE

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  07/07/2010    :

By First Class Mail :

ABSOLUTE COLLECTION SERVICE, 421 FAYETTEVILLE ST MALL, STE 600, RALEIGH, NC  27601-1742 -
ALLIANCE ONE, 4850 STREET RD. LEVEL C, TREVOSE, PA  19053,  -
ALLIED INTERSTATE, 3000 CORPORATE EXCHANGE DR., 5TH FL., COLUMBUS, OH  43231 -
ALLSTATE BUSINESS SERVICES, 4499 TWIN OAKS DRIVE, PENSACOLA, FL  32506,  -
AMERICREDIT FINANCIAL SERVICES, INC., ATTN:  MANAGER OR REG. AGENT, PO BOX 183853, ARLINGTON, TX  76096 -
AMERICREDIT, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 183853, ARLINGTON, TX  76096 -
AMTEL YELLOW PAGES, ATTN: MANAGING AGENT, PO BOX 1767, PHARR, TX  78577 -
APPLIED BANK, ATTN: MANAGING AGENT, PO BOX 15809, WILMINGTON, DE  19850 -
APPLIED BANK, PO BOX 17125, WILMINGTON, DE  19850-7125,  -
AUTO ONE ACCEPTANCE CORP., PO BOX 1472, MINNEAPOLIS, MN  55440-1472,  -
BECKERLE CRONK JOINT VENTURE, c/o: ROBERT A. BECKERLE, ESQ., 712 OAK CIRCLE DRIVE, WEST, MOBILE, AL  36609 -
BILL BOULOM, 1513 FALLS CHURCH ROAD, RALEIGH, NC  27609,  -
BONGSAVATH BOULON, C/O KEVIN L. SINK, PO BOX 18237, RALEIGH, NC  27619 -
BUCHANAN THEPSOUVAH, 1223 WATERVIEW WAY, BALTIMORE, MD  21221,  -
BUCHANAN THEPSOUVANH, 401 NORTH KENWOOD AVENUE, BALTIMORE, MD  21224,  -
BUCHANAN THEPSOUVANH, 1223 WATERVIEW WAY, BALTIMORE, MD  21221,  -
CARRY KRUEGER, 1228 PRAIRIE POND CIRCLE, RALEIGH, NC  27614,  -
CAVALRY PORTFOLIO SERVICES LLC, 7 SKYLINE DRIVE, 3RD FLOOR, HAWTHORNE, NY  10532 -
CAVALRY PORTFOLIO, ASSIGNEE OF AMERICREDIT, 7 SKYLINE DR., STE. 250, HAWTHORNE, NY  10532-2162 -
CCB CREDIT SERVICES, 5300 SOUTH 6TH ST., SPRINGFIELD, IL  62703,  -
CHU YANG, 3169 BRADLEYVILLE ROAD, VASSAR, MI  48768,  -
CONTINENTAL FINANCE MASTERCARD, PO BOX 8099, NEWARK, DE  19714-8099,  -
CT CORPORATION, 1201 PEACHTREE STREET, N.E. TEAM 1, ATLANTA, GA  30361,  -
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, PO BOX 21126, PHILADELPHIA, PA  19114 -
ECAST SETTLEMENT CORP, PO BOX 35480, NEWARK, NJ  07193-5480,  -
ECAST SETTLEMENT CORPORATION, P. O. BOX 35480, NEWARK, NJ  07193-5480,  -
FIRST BANK OF DELAWARE, 1000 ROCKY RUN PARKWAY, WILMINGTON, DE  19803,  -
FIRST NATIONAL COLLECTION BUREAU, 610 WALTHAM WAY, SPARKS, NV  89434,  -
FIRST PREMIER BANK, PO BOX 5524, SIOUX FALLS, SD  57117-9754,  -
FMS INVESTMENT CORP, PO BOX 681535, SCHAUMBURG, IL  60194,  -
FORD MOTOR CREDIT, NATIONAL RECOVERY CENTER, PO BOX 6508, MESA, AZ  85216-6508 -
GREEN TREE SERVICING, LLC, PO BOX 6154, RAPID CITY, SD  57709,  -
GREEN TREE SERVICING, LLC, ATTN:  MANAGER OR REG. AGENT, PO BOX 0049, PALATINE, IL  60055-0049 -
GREENTREE, ATTN: MANAGING AGENT, 7360 SOUTH KYRENE, TEMPE, AZ  85283 -
HSBC CARD SERVICES, PO BOX 5222, CAROL STREAM, IL  60197-5222,  -
INTERNAL REVENUE SERVICE, ATTN:  MANAGER OR REG. AGENT, PO BOX 21125, PHILADELPHIA, PA  19114 -
J. GRAHAM & ASSOCIATES, 11020 DAVID TAYLOR DR., STE. 310, CHARLOTTE, NC  28262-1102 -
JAMES T. JOHNSON, PA, 16 WEST MARTIN STREET, STE 201, PO BOX 886, RALEIGH, NC  27602 -
JEFFERSON CAPITAL SYSTEMS, LLC, ATTN:  MANAGER OR REG. AGENT, PO BOX 953185, ST. LOUIS, MO  63195-3185 -
JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 7999, SAINT CLOUD, MN  56302,  -
JOHNNY SILAVONG, 2169 TRICKLE ROCK COURT, DECATUR, GA  30035,  -
K&R CLEANING SERVICES, 7616 MINE VALLEY ROAD, RALEIGH, NC  27615,  -
KARL GOODMAN, ATTY., 3907 EASTMAN AVE., BALTIMORE, MD  21224,  -
KHAM SILAVONG, 2169 TRICKLE CREEK COURT, DECATUR, GA  30035,  -
KIKEO NAMSALY, 116 EAST MERLIN DRIVE, KNIGHTDALE, NC  27545,  -
KYONG LEE, C/O L.B. JAMISON, PO BOX 1012, BAYOU LA BATRE, AL  36509 -
LEADING EDGE RECOVERY SOLUTIONS, 5440 NORTH CUMBERLAND AVE., STE. 300, CHICAGO, IL  60656-1490 -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:  07/07/2010           Signature:  _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: SOUTHONE LOUANGXONIKONE        CASE NUMBER: 0808767
DEBTOR 2 NAME: KIENGKHAM INTHISANE

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on _07/07/2010_ :

By First Class Mail :

LEXUS FINANCIAL SERVICES, ATTN: MANAGING AGENT, PO BOX 17187, BALTIMORE, MD  21297-7187 -
LHR, INC., 6341 INDUCON DRIVE EAST, SANBORN, NY  14132-9097,  -
LHR, INC., 56 MAIN STREET, HAMBURG, NY  14075-4905,  -
LUIS BRACERO, ET AL., C/O JAMES F. JORDAN, 8015 CREEDMORE ROAD, STE 201, RALEIGH, NC  27613 -
LVNV FUNDING, LLC, C/O CAPITAL MANAGEMENT SERVICES, 726 EXCHANGE STREET, STE 700, BUFFALO, NY  14210 -
MCM, PO BOX 603/DEPT. 12421, OAKS, PA  19456,  -
MELISSA P. PHONETHAPHAN, 727 45TH STREET, SAN DEIGO, CA  92102,  -
MIDLAND CREDIT MANAGEMENT, PO BOX 939019, SAN DIEGO, CA  92193-9019,  -
NC DEPARTMENT OF REVENUE, PO BOX 1168, RALEIGH, NC  27602-1168,  -
NEW TREE PERSONNEL SERVICES, INC, 7616 MINE VALLEY ROAD, RALEIGH, NC  27615,  -
NORTHLAND GROUP, INC., PO BOX 390846, EDINA, MN  55439,  -
PALISADES COLLECTIONS, INC, 210 SYLVAN AVENUE, ENGLEWOOD CLIFFS, NJ  07632,  -
PERRY MASTROMIDALIS, 343 EAST SIX FORKS ROAD SUITE 110, RALEIGH, NC  27609,  -
PJK, INC., 308 S. WALTON DRIVE, BENSON, NC  27504,  -
PLAZA CENTERS, INC., c/o: DEATIRCK & SPIES, P.S.C., PO BOX 4668, LOUISVILLE, KY  40204 -
PORTFOLIO RECOV. ASSOC., LLC, PO BOX 41067, NORFOLK, VA  23541,  -
PORTFOLIO RECOVERY ASSOCIATES, DEPT 922 PO BOX 4115, CONCORD, CA  94524,  -
PRA RECEIVABLES MANAGEMENT, LLC, as agent of PORTFOLIO RECOVERY ASSOC., PO BOX 12914, NORFOLK, VA  23541 -
PREMIER BANKCARD/ CHARTER, P.O. BOX 2208, VACAVILLE, CA  95696,  -
RICHMOND NORTH ASSOCIATES, PO BOX 963 4232 RIDGE LEA ROAD, BUFFALO, NY  14226-0963,  -
RJM ACQUISITIONS FUNDING LLC, ASSIGNEE OF FINGERHUT, 575 UNDERHILL BLVD., STE. 224, SYOSSET, NY  11791 -
SALLIE MAE GUARANTEE SVC. INC., ATTN DEPOSIT OPERATION (8303), PO BOX 7167, INDIANAPOLIS, IN  46206-7167 -
SALLIE MAE SERVICING CORP., 220 LASLEY AVE., WILKES-BARRE, PA  18706,  -
SALLIE MAE SERVICING CORP., 220 LASLEY AVE., WILKES BARRE, PA  18706,  -
SALLIE MAE, INC. on behalf of USAF, INC., ATTN: BANKRUPTCY LITIGATION UNIT, PO BOX 9430, WILKE-BARRE, PA  18773 -
SCA COLLECTIONS, 300 EAST ARLINGTON BLVD., PARLIAMENT PLACE, SUITE 6-A, GREENVILLE, NC  27858 -
SCOTT LUSK, 4300 THISTEHILL COURT, RALEIGH, NC  27616,  -
SOUTHONE LOUANGXONIKONE, KIENGKHAM INTHISANE, 7616 MINE VALLEY ROAD, RALEIGH, NC  27615 -
TRANSOUTH FINANCIAL CORP, ATTN: MANAGING AGENT, PO BOX 1472, MINNEAPOLIS, MI  55440 -
TRAVIS SASSER, LAW OFFICE OF TRAVIS SASSER, 2000 REGENCY PARKWAY, SUITE 230, CARY, NC  27518 -
TWEEKIAT THEERAATTAWEI ET AL, C/O JOHN S. AUSTIN, ESQ., 4441 SIX FORKS RD, STE 106-181, RALEIGH, NC  27609 -
TWEEKIAT THEERAATTAWET, ET AL, LAW OFFICES OF JOHN AUSTIN, PO BOX 6580, RALEIGH, NC  27628 -
US DEPT OF LABOR, ATTN: DANE L. STEFFENSON, ESQ, 61 FORSYTH ST., ROOM 7T10, ATLANTA, GA  30303 -
VATIV RECOVERY SOLUTIONS, LLC, as agent for PALISADES COLLECTION/ASTA F, PO BOX 19249, SUGAR LAND, TX  77496 -
WAKE COUNTY TAX COLLECTOR, ATTN:  MANAGER OR REG. AGENT, PO BOX 2331, RALEIGH, NC  27602 -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:  _07/07/2010_      Signature: _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134